IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE BELL,

    Plaintiff,

v.                                              4:16cv278–WS/CAS

STATE OF FLORIDA,

    Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 7) docketed June 23, 2016. The magistrate judge recommends that the plaintiff's case be dismissed for lack of subject matter jurisdiction. The plaintiff has filed objections (doc. 9) to the report and recommendation.

The court has reviewed the record in light of the plaintiff's objections and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for lack of subject matter jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this   28th   day of   July  , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE