IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE BELL,

    Plaintiff,

v.                                                                                       4:16cv278–WS/CAS

STATE OF FLORIDA,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (doc. 22) docketed April 11, 2017. The magistrate judge recommends that Plaintiff's Rule 60(b)(1)(4) motion to vacate judgment (doc. 21) be denied. Plaintiff has filed objections (doc. 23) to the report and recommendation.

Having considered Plaintiff's motion to vacate judgment, the magistrate judge's report recommending denial of that motion, and Plaintiff's objections to the magistrate judge's report and recommendation, the court concludes that Plaintiff's Rule 60(b) motion to vacate must be denied as recommended. Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (doc. 22) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's Rule 60(b)(1) motion to vacate (doc. 21) is DENIED.

DONE AND ORDERED this   5th   day of   May  , 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE